```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 NOV - 1 2006

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                     DEPUTY
```

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: LIVE CONCERT ANTITRUST LITIGATION <br><br> ──────────────────────── <br><br> This Order related to: <br><br> ALL ACTIONS <br><br> ──────────────────────── | Case No: ML 06-1745-SVW (RCx) <br><br> ORDER NARROWING THE SCOPE OF CLASS DISCOVERY [31] |

After reviewing the Parties' filings and considering the arguments from the hearing on October 23, the Court ORDERS that discovery be limited to the five regional markets of Boston, Chicago, Denver, Los Angeles, and New Jersey/New York at the initial stages of this case. Plaintiffs shall file motions for class certification in these five markets pursuant to the attached discovery schedule.

IT IS SO ORDERED.

DATED: 10/31/06

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM

NOV - 3 2006

## DISCOVERY SCHEDULE

| Date | Event |
|---|---|
| Nov. 27, 2006 | Deadline for service of document requests and interrogatories |
| Feb. 5, 2007 | Last date for plaintiffs to file class certification expert reports and Motions for class certification |
| Mar. 19, 2007 | Last date for defendants to file class certification expert reports and oppositions to motions for class certification |
| Apr. 9, 2007 | Last date for plaintiffs to file any rebuttal expert reports and class certification reply briefs |
| Apr. 23, 2007 | Hearing on motions for class certification |
| June 4, 2007 | Fact discovery closes |
| June 4, 2007 | Plaintiffs' motions to remand coordinated actions under Lexecon shall not be filed before this date. |
| June 25, 2007 | Plaintiffs to serve expert reports. |
| July 16, 2007 | Defendants to serve expert reports. |
| July 16, 2007 | Expert depositions may begin. |
| Aug. 3, 2007 | Plaintiffs to serve any rebuttal expert reports. |
| Aug. 17, 2007 | Expert discovery closes. |
| Sept. 4, 2007 | Last date for filing dispositive motions. |
| Sept 24., 2007 | Last date for oppositions for dispositive motions. |
| Oct. 8, 2007 | Last date for dispositive motions reply briefs. |
| Oct. 22, 2007 | Hearing on dispositive motions. |
| Nov. 5, 2007 | Parties must exchange proposed exhibit lists, witness lists, and jury instructions. |
| Nov. 19, 2007 | Last date for filing oppositions to motions in limine. |
| Nov. 26, 2007 | Deadline for filing pretrial order, jury instructions and special verdict form, etc. Last date for filing motions in limine reply briefs. |
| Dec. 3, 2007 | Pretrial conference and hearing on motions in limine |
| Dec. 10, 2007 | Trial begins |