STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:   (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
|---|---|
| This document relates to all actions. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Hearing:     None <br> Time:         None <br> Courtroom: 6 <br> Judge:        Hon. Stephen V. Wilson <br> Trial Date:  None |

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;
3   WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;
6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:
10  (1) *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12  (2) *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14  (3) *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16  (4) *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18  (5) *Lauren J Hammer v. Clear Channel Communications Inc.,* 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20  (6) *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22  (7) *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24  (8) *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26  (9) *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

(10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | |
|---|---|
| Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
          Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
         george@hbsslaw.com
         tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
         mrm@wexlerwallace.com

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

***Co-Lead Counsel and Executive Committee Members***

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
           kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

***Executive Committee Members***

| | |
|---|---|
| Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/ Jonathan M. Jacobson<br>Jonathan M. Jacobson<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019<br>Telephone:  (212) 999-5800<br>Facsimile:  (212) 999-5899 |
| | Colleen Bal<br>Wilson Sonsini Goodrich & Rosati PC<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 493-8111 |
| | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C<br>Harvey I. Saferstein<br>2029 Century Park East, Suite 1370<br>Los Angeles, California 90067<br>Telephone:  (310) 586-3200 |
| | ***Attorneys for Defendants*** |